UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:19-cv-00558-SVW-PLA | Date | March 19, 2019 |
|---|---|---|---|
| Title | *Jose Velez v. Raffaello Ristorante, Inc. et al.* | | |

Present: The Honorable  STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:** IN CHAMBERS ORDER DENYING DEFENDANT'S MOTION TO DECLARE PLAINTIFF A VEXATIOUS LITIGANT [11]

The crux of Defendant's motion to declare Plaintiff a vexatious litigant is that Plaintiff has a long history of filing similar lawsuits, including thirty-six such lawsuits in 2018. Dkt. 11 at 2. However, Defendant does not offer any evidence that Plaintiff's lawsuits were meritless (and thus harassing or frivolous). In addition, Defendant does not cite or apply the correct federal standard for declaring someone a vexatious litigant.[1] Thus, the Court DENIES Defendant's motion to declare Plaintiff a vexatious litigant.

In addition, Plaintiff makes allegations against three defendants, each of which owns a property that Plaintiff visited. The properties are located in San Pedro, Burbank, and Manhattan Beach. Dkt. 1 ¶ 6. Apparently the only connection between the properties is that Plaintiff visited all of them during a trip to California in December 2018. *Id.* The Court thus sua sponte DISMISSES the Complaint because it improperly joins three distinct and unrelated defendants. Plaintiff may refile individual complaints against the three defendants.

IT IS SO ORDERED.

---

[1] *See Molski v. Evergreen Dynasty Corp.*, 500 F.3d 1047, 1057-61 (9th Cir. 2007) (discussing and applying the four *De Long* factors). Furthermore, "the textual and factual similarity of a plaintiff's complaints, standing alone, is not a basis for finding a party to be a vexatious litigant." *Id.* at 1061.

: 

Initials of Preparer

PMC