JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:19-cv-00558-SVW-PLA | Date | August 15, 2019 |
| Title | Jose Velez v. Raffaello Ristorante, Inc. et al. | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
|---|---|

| Teresa Jackson | N/A | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER re PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL [34]

The Plaintiff's Motion for Voluntary Dismissal with Prejudice as to all Defendants is granted.

:

Initials of Preparer   TJ